NUMBER 13-07-007-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


 


IN RE: DANNY E. DRUMMOND

 


On Petition for Writ of Mandamus 


MEMORANDUM OPINION 
 

 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 

 Relator, Danny E. Drummond, filed a pro se petition for writ of mandamus in the
above cause on January 8, 2007, in which he alleges that respondent, the Honorable Rose
Vela, Presiding Judge of the 148th Judicial District Court of Nueces County, Texas, abused
her discretion by making "a clear and prejudicial error of law by failing to submit into the
record sufficient evidence or stipulation of evidence to support Relator's plea, where a trial
has been waived, which is mandatory. Trial court failed to submit to a jury and prove
beyond a reasonable doubt, facts and increase the penalty for a crime beyond statutory
minimum at the punishment phase."

 The Court, having examined and fully considered the documents on file and petition
for writ of mandamus, is of the opinion that relator has not shown himself entitled to the
relief sought and the petition for writ of mandamus should be denied. See Tex. R. App. P.
52.8. Accordingly, the petition for writ of mandamus is DENIED. 

 

 PER CURIAM



Do not publish. 

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and

filed this the 18th day of January, 2007.